UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:                                                    Case No. 21-41510

Demon Mehrjoo               Chapter 13

                  Debtor.                           Judge Mark A. Randon
_____/

## NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

Debtor failed to file an income tax return for tax period 2016 as required by 11 USC 1308 and/or MCL 206.1 et seq. Failure to file tax returns may result in the Michigan Department of Treasury either objecting to the Debtor's Plan or filing a motion to either convert or dismiss the case. Debtor is required to submit the following documents with the return:

- Schedules and/or credit forms with supporting documents
- All W-2s
- Federal Returns

**I.      SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:**

Michigan Department of Attorney General
Collections Division
Cadillac Place Building
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202
Attn: Moe Freedman

**OR**

Via email: freedmanm1@michigan.gov

Failure to submit the required documentation could result in a denial of a refund or increase the amount of tax owed.

II.  **IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:**

For a W-2 or 1099, contact your employer(s). If not received, contact the IRS at 313-237-0800 or 800-829-1040 or visit the IRS website at www.irs.gov.

Respectfully submitted,

DANA NESSEL
Attorney General

/s/ moefreedman
Moe Freedman(P74224)
Assistant Attorney General
Cadillac Place Building
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: freedmanm1@michgan.gov

Dated: May 25, 2021